In the Matter of the Estate of FREDA UNGER, Also Known as FRIEDA UNGER, Deceased.

Surrogate's Court, Kings County, December 20, 1939.

*Kaiser & Holzman,* for Anna U. Silverman, as administratrix, etc., petitioner.

*Hertz & Wilson,* for the respondents.

WINGATE, S. Under section 316 of the Surrogate's Court Act the provisions of the Civil Practice Act are made applicable to pro-

ceedings in Surrogates' Courts in the absence of express or " plainly implied " contrary intent. Nothing within this connotation is to be found in the Surrogate's Court Act respecting replies, wherefore section 274 of the Civil Practice Act is clearly applicable and accords a discretionary right to the court to direct the filing of a reply where an answer contains new matter constituting a defense by way of avoidance. The answer in this proceeding complies with this description, wherefore filing and service of a reply will be directed.

*Matter of Hearne* (171 N. Y. Supp. 984) was a probate proceeding and the statement in *Matter of Work* (76 Misc. 403, 404) is a dictum only. These cases are not authorities against the power of the surrogate to direct a reply in a discovery proceeding. Even were the contrary the fact, however, the court would decline to follow them. *Matter of Kevill* (166 Misc. 230) is not in point.

Whereas, therefore, the court will exercise its discretionary authority to direct a reply it deems the simultaneous motion for a bill of particulars premature.

The petitioner will be directed to serve and file a reply within ten days.

Enter order on notice in conformity herewith.